No. 698. SOUTHWEST PRODUCTS CO. *v.* AETNA STEEL PRODUCTS CORP. C. A. 9th Cir. Certiorari denied. *Leonard S. Lyon* for petitioner. *C. A. Miketta* for respondent.

No. 699. LANDY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Arthur B. Cunningham* and *Philip T. Weinstein* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Meyer Rothwacks* for the United States.

No. 700. LOCAL 3, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 3d Cir. Certiorari denied. *Harold Stern* for petitioners. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for National Labor Relations Board, respondent.

No. 768. ADAMS *v.* WEST. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Claude L. Dawson* and *F. Joseph Donohue* for petitioner.

No. 679. HIGHTOWER *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Howard T. Savage* and *William C. Starke* for petitioner.

No. 325, Misc. HORNBECK *v.* WILKINS, WARDEN. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, and *Paxton Blair,* Solicitor General, for respondent.